

# NUMBERS 13-08-00674-CR AND 13-08-00675-CR

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CHRISTOPHER KORNEGAY,                      Appellant,

v.

THE STATE OF TEXAS,                      Appellee.

## On appeal from the 117th District Court
## of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam

Appellant, Christopher Kornegay, by and through his attorney, has filed a motion to dismiss his appeals because he no longer desires to prosecute them. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss

pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having

dismissed the appeals at appellant's request, no motion for rehearing will be entertained,

and our mandate will issue forthwith.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this 2nd day of July, 2009.